# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

**UNITED STATES OF AMERICA**

v.                                                             CASE NUMBER:  3:20-CR-00016-1

**DOMINIQUE SANCHEZ DAVIS**

THIS MATTER is before the Court sua sponte:

**NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshal Service is hereby ORDERED to transport and produce the body of Defendant, Dominique Sanchez Davis (USM# 35358-058), for resentencing before the Honorable Kenneth D. Bell, in the Western District of North Carolina, Charlotte on or before July 27, 2021 for a hearing on July 28, 2021 at 11:20AM, and upon completion of the hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service and the United States Probation Office.

IT IS SO ORDERED.

Signed: June 23, 2021

*/s/ Kenneth D. Bell*
Kenneth D. Bell
United States District Judge